724 A.2d 799

SUZANNE TURNER, ET AL., PLAINTIFFS–MOVANTS,
v. FIRST UNION NATIONAL BANK, ET AL.,
DEFENDANTS–RESPONDENTS.

November 18, 1998.

## ORDER

Leave to appeal is granted.